UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| EDWARD SEELY, et al., | ) | 3:15-CV-0118-MMD (VPC) |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | December 15, 2016 |
| ISIDRO BACA, et al., | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Plaintiffs' motion to extend prison copywork limit (ECF No. 53) is **GRANTED in part**. In this motion, plaintiffs state that each of them has exceeded his photocopy limit and requests that the court allow them to exceed the limit in order to prosecute this case. Because there are three plaintiffs in this consolidated case, the court will allow each plaintiff a one-time opportunity to exceed his photocopy limit in the amount of $10.00. The additional $10.00 shall be added to each plaintiffs prison account to be paid when each plaintiff has funds available. By this order, the court is granting the consolidated plaintiffs a total of $30.00 in additional copy funds. The court cautions plaintiffs that they should carefully consider the documents they intend to copy as they court will not allow plaintiffs to further exceed the copy limit under any circumstance.

　　The Clerk shall mail a copy of this order to Albert Peralta, Chief of Inmate Services for NDOC, P.O. Box 7011, Carson City, Nevada 89702.

　　**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
　　　　Deputy Clerk