```
 1 │ ADAM PAUL LAXALT
   │   Attorney General
 2 │ IAN CARR, Bar No. 13840
   │   Deputy Attorney General
 3 │ State of Nevada
   │ Bureau of Litigation
 4 │ Public Safety Division
   │ 100 N. Carson Street
 5 │ Carson City, NV  89701-4717
   │ Tel: 775-684-1259
 6 │ Email: icarr@ag.nv.gov
```

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

        SEP 28 2018

CLERK US DISTRICT COURT
   DISTRICT OF NEVADA
BY: _____ DEPUTY
```

 7  *Attorneys for Defendants*
    *Isidro Baca, James Greg Cox, E.K. McDaniel,*
 8  *Brian Sandoval, Ronald Schreckengost, and Lisa Walsh*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

ORDER

| | |
|---|---|
| EDWARD SEELY,<br><br>      Plaintiff,<br><br>vs.<br><br>ISIDRO BACA, RON SCHRECKENGOST, LISA WALSH, E.K. MCDANIEL, GREG COX, BRIAN SANDOVAL, ROSS MILLER, CATHERINE CORTEZ-MASTO,<br><br>      Defendants. | Case No. 3:15-cv-00118-MMD-VPC<br>(Consolidated With Case No.<br>3:15-cv-00126-MMD-WGC)<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER** |
| WILLIAM LYONS,<br><br>      Plaintiff,<br><br>vs.<br><br>ISIDRO BACA, JAMES "GREG" COX, E. K. MCDANIEL, BRIAN SANDOVAL, RONALD SCHRECKENGOST, and LISA WALSH<br><br>      Defendants. | |

Plaintiffs, Edward Seely and William Lyons (Plaintiffs), by and through counsel, Garrett T. Ogata, Esq., and Defendants, Isidro Baca, James "Greg" Cox, E.K. McDaniel, Brian Sandoval, Ronald Schreckengost, and Lisa Walsh (Defendants), by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Ian Carr, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 6(b)(1), that the deadline for filing a joint pretrial order in the above-

1

captioned action should be extended by thirty (30) days from the current deadline, for a new deadline of Friday, October 26, 2018.

This Joint Stipulation for an Extension of Time to File the Joint Pretrial Order is executed pursuant to the agreement of the parties to allow for a thorough and complete joint briefing prior to setting trial in this case. Accordingly, the parties assert that the requisite good cause is present to justify extension pursuant to FED. R. CIV. P. 6(b)(1). Therefore, the parties respectfully request that this Court extend the joint pretrial order deadline through and until October 26, 2018.

* * *

DATED this 26th day of September, 2018.              DATED this 26th day of September, 2018.

                                                     ADAM PAUL LAXALT
                                                     Attorney General

By: _____                    By: _____
    GARRETT T. OGATA, ESQ.                               IAN CARR
    The Law Offices of Garrett T. Ogata                  Deputy Attorney General
    *Attorney for Plaintiffs*                            Bureau of Litigation
                                                         Public Safety Division
                                                         *Attorneys for Defendants*

**IT IS SO ORDERED.**
DATED this 28th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 26th day of September, 2018, I caused a copy of the foregoing, **JOINT STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**, to be served, by U.S. District Court CM/ECF Electronic Filing and to be deposited for mailing a true and correct copy of the foregoing on the following:

Edward E. Seely
c/o Samaritan House
1001 N. 4th Street
Las Vegas, NV 89101

William Lyons, #79249
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

Garrett T. Ogata, Esq.
The Law Offices of Garrett T. Ogata
3841 W. Charleston Blvd., Ste 205
Las Vegas, NV 89102

_/s/ Connie X. Fundi_
An employee of the
Office of the Attorney General

3