AARON D. FORD
Attorney General
IAN CARR, Bar No. 13840
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: 775-684-1259
Email: icarr@ag.nv.gov

*Attorneys for Defendants*
*Isidro Baca, James Greg Cox, E.K. McDaniel,*
*Brian Sandoval, Ronald Schreckengost, and Lisa Walsh*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD SEELY,<br><br>Plaintiff,<br><br>vs.<br><br>ISIDRO BACA, RON SCHRECKENGOST, LISA WALSH, E.K. MCDANIEL, GREG COX, BRIAN SANDOVAL, ROSS MILLER, CATHERINE CORTEZ-MASTO,<br><br>Defendants.<br>WILLIAM LYONS,<br><br>Plaintiff,<br><br>vs.<br><br>ISIDRO BACA, JAMES "GREG" COX, E. K. MCDANIEL, BRIAN SANDOVAL, RONALD SCHRECKENGOST, and LISA WALSH<br><br>Defendants. | Case No. 3:15-cv-00118-MMD-CBC<br>(Consolidated With Case No. 3:15-cv-00126-MMD-WGC)<br><br>**JOINT STIPULATION TO CONTINUE TRIAL** |

Plaintiffs, Edward Seely and William Lyons (Plaintiffs), by and through counsel, Garrett T. Ogata, Esq., and Defendants, Isidro Baca, James "Greg" Cox, E.K. McDaniel, Brian Sandoval (official capacity only), Ronald Schreckengost, and Lisa Walsh (Defendants), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Ian Carr, Deputy Attorney General, hereby stipulate and agree to continue the trial in this case and the associated dates established by the Court.

1

District courts have inherent power to control their dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992). A motion for a continuance of trial should be granted for good cause. FED. R. CIV. P. 16(b)(4). "The determination of whether to grant a motion for trial continuance rests in the sound discretion of the trial court." *U.S. v. Makley*, 468 F.2d 916, 917 (9th Cir. 1972).

The parties respectfully stipulate, agree, and request that the Court continue the trial and associated dates in this case. Plaintiff's counsel has a heavy criminal caseload to clear in the coming months. Additionally, defense counsel is set to appear as co-counsel for a jury trial before Senior District Judge Robert C. Jones during the same time period as this case: to begin on Monday, February 25, 2019 in the case *Peters v. Cox et al.*, 3:15-cv-00472-RCJ-CBC. *See id.* at ECF No. 101. Because defense counsel cannot physically appear in two separate trials at the same time, continuing this trial will facilitate judicial economy and logistics. Furthermore, the trial in *Peters v. Cox et al.*, 3:15-cv-00472-RCJ-CBC has already been continued twice, and likely cannot be continued again. *See id.* at ECF No. 101.

Additionally, defense counsel is set to appear as co-counsel in another case set for trial in April, *Gruber v. Gedney et al.*, 3:15-cv-00543-RCJ-CBC, to begin on Monday, April 1, 2019 before Senior District Judge Robert C. Jones. *See id.* at ECF No. 122. Because of this additional trial, Plaintiff's and defense counsel conferred and agreed to continue this trial until at least May.

This request is not made for the purposes of undue delay and is brought in good faith. The Court and parties will not be prejudiced by this request. The additional time will also allow the parties' counsel to meet and confer regarding pre-trial matters, to coordinate exhibits, and to facilitate a more effective trial. Furthermore, there should be no known inconvenience to the Court or parties, or any witness as a result of this request for a continuance. This will allow the parties more time to prepare for trial, which will result in a more organized and efficient trial.

Furthermore, a continuance would grant the parties additional time to re-open settlement negotiations and explore the possibilities for a settlement agreement prior to trial. The parties will in good faith use additional time to discuss possible ways to resolve this matter before trial.

/ / /

/ / /

Accordingly, the parties assert that the requisite good cause is present to justify continuance pursuant to FED. R. CIV. P. 16(b)(4). Therefore, the parties respectfully request that this Court continue the trial in this case and the associated dates. The parties offer the following suggested trial dates:

1. The week beginning **May 13, 2019**;
2. The week beginning **May 20, 2019**;
3. The week beginning **May 27, 2019**;
4. The week beginning **June 3, 2019**.

\* \* \*

DATED this 15th day of January, 2019.

By: _____
GARRETT T. OGATA, ESQ.
The Law Offices of Garrett T. Ogata
*Attorney for Plaintiffs*

DATED this ~~15th~~ 18TH day of January, 2019.

AARON D. FORD
Attorney General

By: _____
IAN CARR
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

The stipulation to continue trial is granted. This matter is placed on the stacked trial calendar of May 7, 2019. Calendar call is set for April 28, 2019 at 1:00 PM.

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

DATED: January 22, 2019

3

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 15th *18TH* day of January, 2019, I caused a copy of the foregoing, **JOINT STIPULATION TO CONTINUE TRIAL**, to be served, by U.S. District Court CM/ECF Electronic Filing and to be deposited for mailing a true and correct copy of the foregoing on the following:

Edward E. Seely
c/o Samaritan House
1001 N. 4th Street
Las Vegas, NV 89101

William Lyons, #79249
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

Garrett T. Ogata, Esq.
The Law Offices of Garrett T. Ogata
3841 W. Charleston Blvd., Ste 205
Las Vegas, NV 89102

An employee of the
Office of the Attorney General

4