| | |
|---|---|
| 1 | AARON D. FORD<br>  Attorney General |
| 2 | IAN CARR, Bar No. 13840<br>  Deputy Attorney General |
| 3 | State of Nevada<br>Bureau of Litigation |
| 4 | Public Safety Division<br>100 N. Carson Street |
| 5 | Carson City, NV 89701-4717<br>Tel: 775-684-1259 |
| 6 | Email: icarr@ag.nv.gov |
| 7 | *Attorneys for Defendants*<br>*Isidro Baca, James Greg Cox, E.K. McDaniel,* |
| 8 | *Brian Sandoval, Ronald Schreckengost, and Lisa Walsh* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD SEELY,<br><br>          Plaintiff,<br><br>vs.<br><br>ISIDRO BACA, RON SCHRECKENGOST, LISA WALSH, E.K. MCDANIEL, GREG COX, BRIAN SANDOVAL, ROSS MILLER, CATHERINE CORTEZ-MASTO,<br><br>          Defendants. | Case No. 3:15-cv-00118-MMD-CBC<br>(Consolidated With Case No.<br>3:15-cv-00126-MMD-WGC)<br><br>**JOINT STIPULATION TO CONTINUE TRIAL**<br><br>**(Second Request)** |
| WILLIAM LYONS,<br><br>          Plaintiff,<br><br>vs.<br><br>ISIDRO BACA, JAMES "GREG" COX, E. K. MCDANIEL, BRIAN SANDOVAL, RONALD SCHRECKENGOST, and LISA WALSH<br><br>          Defendants. | |

      Plaintiffs, Edward Seely and William Lyons (Plaintiffs), by and through counsel, Garrett T. Ogata, Esq., and Defendants, Isidro Baca, James "Greg" Cox, E.K. McDaniel, Brian Sandoval (official capacity only), Ronald Schreckengost, and Lisa Walsh (Defendants), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Ian Carr, Deputy Attorney General, hereby stipulate and agree to continue (second) the trial in this case and the associated dates established by the Court.

1

District courts have inherent power to control their dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992). A motion for a continuance of trial should be granted for good cause. FED. R. CIV. P. 16(b)(4). "The determination of whether to grant a motion for trial continuance rests in the sound discretion of the trial court." *U.S. v. Makley*, 468 F.2d 916, 917 (9th Cir. 1972).

The parties respectfully stipulate, agree, and request that the Court continue the trial and associated dates in this case. Plaintiff's counsel has a heavy criminal caseload to clear in the coming months. Additionally, defense counsel has been alerted that Defendant/witness former Director James "Greg" Cox is undergoing a medical procedure on May 9, 2019 that cannot be rescheduled, which would conflict with the current trial setting.

Additionally, defense counsel is set to appear as co-counsel in another case set for trial in August, *Gruber v. Gedney et al.*, 3:15-cv-00543-RCJ-CBC, to begin on Monday, August 12, 2019 before Senior District Judge Robert C. Jones. *See id.* at ECF No. 134. The *Gruber* trial setting may be firm, because that trial was moved once. *See id.* Because of this additional trial, the status of former Director James "Greg" Cox, and Plaintiffs' and defense counsel's upcoming proceedings in other cases, Plaintiffs' and defense counsel conferred and agreed to continue this trial until at least late August or early September.

This request is not made for the purposes of undue delay and is brought in good faith. The Court and parties will not be prejudiced by this request. The additional time will also allow the parties' counsel to meet and confer regarding pre-trial matters, to coordinate exhibits, and to facilitate a more effective trial. Furthermore, there should be no known inconvenience to the Court or parties, or any witness as a result of this request for a continuance (absent another unforeseen medical procedure). This will allow the parties more time to prepare for trial, which will result in a more organized and efficient trial.

Furthermore, a continuance would grant the parties additional time to re-open settlement negotiations and explore the possibilities for a settlement agreement prior to trial. The parties exchanged an offer of judgment after the first continuance in this case. The parties will in good faith use additional time to discuss possible ways to resolve this matter before trial.

///

///

2

Accordingly, the parties assert that the requisite good cause is present to justify continuance pursuant to Fed. R. Civ. P. 16(b)(4). Therefore, the parties respectfully request that this Court continue the trial in this case and the associated dates. The parties offer the following suggested trial dates:

1. The week beginning **August 26, 2019**;
2. The week beginning **September 2, 2019**.

\* \* \*

DATED this ____ day of April, 2019.

By: _____
GARRETT T. OGATA, ESQ.
The Law Offices of Garrett T. Ogata
*Attorney for Plaintiffs*

DATED this 3RD day of April, 2019.

AARON D. FORD
Attorney General

By: _____
IAN CARR
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

The calendar call set for 4/29/2019 at 1 pm is reset to August 19, 2019 at 1 pm. The jury trial set for May 7, 2019 at 9 am is reset to August 27, 2019 at 9:00 AM. **No further continuances will be granted.**

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: April 3, 2019

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 3rd day of April, 2019, I caused a copy of the foregoing, **JOINT STIPULATION TO CONTINUE TRIAL**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Garrett T. Ogata, Esq.
The Law Offices of Garrett T. Ogata
3841 W. Charleston Blvd., Ste 205
Las Vegas, NV 89102
court@gtogata.com

/s/
An employee of the
Office of the Attorney General

4