AARON D. FORD
  Attorney General
IAN CARR, Bar No. 13840
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: 775-684-1250
Email: icarr@ag.nv.gov

*Attorneys for Defendants*
*Isidro Baca, James "Greg" Cox, E.K. McDaniel,*
*Brian Sandoval, Ronald Schreckengost, and Lisa Walsh*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD SEELY,<br><br>    Plaintiff,<br><br>vs.<br><br>ISIDRO BACA, RON SCHRECKENGOST, LISA WALSH, E.K. MCDANIEL, GREG COX, BRIAN SANDOVAL, ROSS MILLER, CATHERINE CORTEZ-MASTO,<br><br>    Defendants. | Case No. 3:15-cv-00118-MMD-CBC<br>(Consolidated With Case No. 3:15-cv-00126-MMD-WGC)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WILLIAM LYONS,<br><br>    Plaintiff,<br><br>vs.<br><br>ISIDRO BACA, JAMES "GREG" COX, E. K. MCDANIEL, BRIAN SANDOVAL, RONALD SCHRECKENGOST, and LISA WALSH<br><br>    Defendants. | |

Plaintiffs, Edward Seely and William Lyons, by and through counsel, Garrett T. Ogata, Esq., and Defendants, Isidro Baca, James "Greg" Cox, E.K. McDaniel, Brian Sandoval (official capacity only), Ronald Schreckengost, and Lisa Walsh (Defendants), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Ian Carr, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P.

///

1

41(a)(1), that the above-captioned actions should be dismissed with prejudice by order of this Court.

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

***

DATED this ____ day of September, 2019.

By: _____
GARRETT T. OGATA, ESQ.
The Law Offices of Garrett T. Ogata
*Attorney for Plaintiffs*

DATED this 17TH day of September, 2019.

AARON D. FORD
Attorney General

By: _____
IAN CARR
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: September 17, 2019

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 17th day of September, 2019, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Garrett T. Ogata, Esq.
The Law Offices of Garrett T. Ogata
3841 W. Charleston Blvd., Ste 205
Las Vegas, NV 89102
court@gtogata.com

_(signature)_
An employee of the
Office of the Attorney General